

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

JD Lawrence Perkins,        * From the 70th District Court
of Ector County,
Trial Court No. A-18-1663-CR.

Vs. No. 11-19-00215-CR        * January 16, 2020

The State of Texas,        * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $500 fine. We affirm the judgment as modified.